IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 17-cv-00444-MSK-STV

**KARCHER NORTH AMERICA, INC.,**

    Plaintiff,

v.

**SOLVERE LOGISTICAL SOLUTIONS LLC,**

    Defendant.

---

# JUDGMENT

Pursuant to the Court's Order of October 4, 2017 [35], Judgment is hereby entered in favor of Plaintiff Karcher North America, Inc. and against Defendant Solvere Logistical Solutions LLC in the amount of $ $564,027.45. No fees or costs are awarded under Federal Rule of Civil Procedure 54(d). Postjudgment interest shall accrue on this sum pursuant to 28 U.S.C. § 1961 until paid.

Dated this 4th day of October, 2017.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Court